# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VANGRACK, AXELSON & WILLIAMOWSKY, P.C., | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No. PJM 02-2662 |
| | : | |
| THE ESTATE OF MEHRU ABBASI, | : | |
| | : | |
| Defendant | : | |

## ORDER

UPON CONSIDERATION of the settlement agreement reached by VanGrack, Axelson, Williamowsky, P.C. and the Estate of Mehru Abbasi under the auspices of Judge Schulze on October 8, 2003, it is, this _____ day of October, 2003

ORDERED: that all claims of every type that have been asserted in this action are hereby DISMISSED with prejudice; and it is further;

ORDERED, that the Clerk of the Court shall release from this Court's Registry, as soon as is practicable, the sum of Ninety Five Thousand Five Hundred Dollars ($95,500.00), which shall be payable to VanGrack, Axelson, Williamowsky, Bender & Fishman, P.C., as payment for its fees (including interest from the date of the order and collection costs and fees) in satisfaction of the authorization given by the Montgomery County Orphan's Court, and it is further;

ORDERED: that the entire balance of the amount held in the Registry, after payment of the $95,500 described above, shall be payable to the Estate of Mehru Abbasi simultaneously.

So ORDERED,

Date:_____ _____
                                                                                 Peter J. Messitte
                                                                                  United States District Judge

SEEN AND AGREED:

_____/s/_____    _____/s/_____
Lawrence S. Jacobs                                   Athar Abassi, M.D.
Counsel for Plaintiff                                 Authorized Agent of Defendant

                                                           _____/s/_____
                                                           Afshin Pishevar
                                                           Counsel for Defendants

Copies to:

    Athar Abbasi, M.D.
    707 Anderson Avenue
    Rockville, MD  20850

    Lawrence S. Jacobs, Esq.
    110 N. Washington Street, Suite 400
    Rockville, MD  20850

    Afshin Pishevar, Esq.
    15 W. Montgomery Avenue, Ste. 300
    Rockville, MD 20850

H:\Clients\G2507\settlement order4.wpd
rev. October 29, 2003 (12:28pm)